PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
　　　Social Security Administration
　　　160 Spear Street, Suite 800
　　　San Francisco, CA 94105
　　　Telephone: (510) 970-4829
　　　Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARK ANTHONY RAMIREZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 1:22-cv-00324-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(Doc. 13) |

　　　IT IS HEREBY STIPULATED, by and between Mark Anthony Ramirez (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of seven (7) days to file a Response to Plaintiff's Opening Brief.  This is Defendant's first request for an extension.  The current due date is September 26, 2022. The new date will be October 3, 2022. All other deadlines will extend accordingly.

　　　Good cause exists for this request.  Defendant's counsel has worked diligently to meet the

timelines provided by the Court but has been prevented from doing so by her busy schedule. Defendant's counsel has eight-one other active cases in various stages of litigation, and 15 responsive briefs due in the next 30 days. Defendant's counsel has reviewed the certified administrative transcript and Plaintiff's brief in this case but requires more time to consider possible settlement options. Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily. Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

DATE: September 23, 2022       */s/ Francesco Paulo Benavides*
                               FRANCESCO PAULO BENAVIDES
                               Attorney for Plaintiff
                               (as approved via email)

                               PHILLIP A. TALBERT
                               United States Attorney

DATE: September 22, 2022   By   *s/ Margaret Lehrkind*
                                MARGARET LEHRKIND
                                Special Assistant United States Attorney

                                Attorneys for Defendant

### ORDER

Based upon the foregoing stipulation of the parties (Doc. 13), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Defendant shall have an extension of time, to and including October 3, 2022, in which to file her opposition to Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 8) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **September 27, 2022**            */s/ Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE