1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  MARGARET LEHRKIND (CASB 314717)
   Special Assistant United States Attorney
5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone: (510) 970-4829
         Facsimile: (415) 744-0134
7        E-Mail: Margaret.Lehrkind@ssa.gov

8  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| MARK ANTHONY RAMIREZ, ) | CIVIL NO. 1:22-cv-00324-SKO |
| Plaintiff, ) | |
| v. ) | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER** |
| ) | |
| KILOLO KIJAKAZI, ) | **(Doc. 15)** |
| Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, offer Plaintiff a new hearing, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stip. to Remand; Order 1:22-cv-00324-SKO

.

| | |
|---|---|
| Dated:  September 30, 2022 | LAW OFFICES OF FRANCESCO BENAVIDES |
| | */s/ Francesco Paulo Benavides*<br>FRANCESCO PAULO BENAVIDES<br>Attorney for Plaintiff |
| Dated:  September 30, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br>MATHEW W. PILE<br>Associate General Counsel<br>Office of Program Litigation, Office 7<br>Social Security Administration |
| | By:  /s/ *Margaret Lehrkind*<br>MARGARET LEHRKIND<br>Special Assistant United States Attorney |
| | Attorneys for Defendant |

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 15), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner. The Clerk shall also administratively close this file.

IT IS SO ORDERED.

Dated:   **October 3, 2022**           /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; Order 1:22-cv-00324-SKO